## People of the State of Illinois, Plaintiff-Appellee, v. Henry Smith, Defendant-Appellant.

### Gen. No. 49,622.

First District, Second Division.
November 17, 1964.
Rehearing denied December 9, 1964.

Thomas C. Kearns, of Chicago, for appellant; Daniel P. Ward, State's Attorney of Cook County, of Chicago (Elmer C. Kissane and Joseph V. Roddy, Assistant State's Attorneys, of counsel), for appellee. Opinion by JUSTICE FRIEND. **Not to be published in full.**